**Board of Education of City of Chicago, appellee, v. Ava W. Farwell, appellant. Gen. No. 26,890.**

Action for rent due under a lease and a supplemental agreement thereto. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in this court at the March term, 1921. Reversed with judgment of *nil capiat*. Opinion filed January 23, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Ashcraft & Ashcraft, for appellant; Carroll J. Lord, of counsel. William A. Bither, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Raymond G. Bruce, appellee, v. Diamond Cab Company, appellant. Gen. No. 26,907.**

Action to recover wages as bookkeeper. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Peter F. McNamee, for appellant. William F. Ader, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Louis Piser, appellant, v. Edward Doherty and Mary E. Doherty, appellees. Gen. No. 26,916.**

Action to recover money paid and damages for breach of contract to convey real estate. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Peters & Horwitz, for appellant; Morris K. Levinson, of counsel. Hugh O'Neill, for appellees.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Anton Pav, appellee, v. Gutmann Store Fixture Company, appellant. Gen. No. 26,928.**

Suit to recover money paid as part of purchase price for store fixtures. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Eisendrath & Solomon, for appellant. Thomas E. Swanson and Rush B. Johnson, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.